CHAPTER 13 TRUSTEE                                                921608

UNITED STATES BANKRUPTCY COURT          Aug 26, 2005            $3,917.96
ROOM B-601
500 POYDRAS ST
NEW ORLEANS, LA  70130

Payments found to be undeliverable, detailed on
the attached listing, for deposit into the registry
of the court.

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
  NEW ORLEANS DIVISION

# 219231      - KW
* * C O P Y * *
November 08, 2005
   13:01:20

                    JSTEE           FIRST AMERICAN BANK & TRUST           921608
                    SUITE 307            METAIRIE, LA 70005
                    )005                   84-242/654

TREASURY REGFUND                              DATE              AMOUNT
Debtor.: 22 VARIOUS CH. 13S
Amount.:         $3,917.96 CH
Check#.: 1608                              August 26, 2005    **************$3,917.96

                    idred Seventeen and 96/100 Dollars

Total->  $3,917.96   KRUPTCY COURT

                    0130                        /s/ JJBeaulieu Jr.
                                                AUTHORIZED SIGNATURE

FROM: BEAULIEU
                    ⑆921608⑆ ⑈065402423⑈ 690 272 3⑉

to C/A. 11/8/05
/lv

                                                of this —
                                                # 854⁰⁰ to
                                                CASE 02-12615
                                                Rowland on
                                                11/8/05
                                                /lv

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0012007 | GREEN | ROSA L | 3.90 | |
| | 18 SHEARWATER DR | | | |
| | LAPLACE LA | 70068 | | |
| 0113734 | THRIFT | BRENDA MORRIS | 49.55 | STEWART FINANCIAL |
| | 5420 LAFAYE ST | | | 3303-A TULANE AVE |
| | NEW ORLEANS LA | 70122 | | NEW ORLEANS LA   70119 |
| 0114038 | PATIN JR | OSCAR | 6.81 | |
| | 4318 CARTIER DR | | | |
| | NEW ORLEANS LA | 70122 | | |
| 0114516 | ROY III | ERNEST | 3.50 | |
| | 2401 DIVISION ST | | | |
| | METAIRIE LA | 70001 | | |
| 0115765 | ROBERTSON | KWAN KEITH | 188.52 | PROVIDIAN FINANCIAL |
| | ROBERTSON | ADRIENA SMITH | | |
| | 8020 PEBBLE DR | | | 309 VINE ST |
| | NEW ORLEANS LA | 70128 | | CINCINNATI OH   45202 |
| 0117517 | HOLMES | JERRY M | 23.32 | GULF STATE CREDIT |
| | HOLMES | CONNIE P | | BANKRUPTCY DEPT |
| | 1612 WESTMINSTER BLVD | | | PO BOX 105460 |
| | MARREO LA | 70072 | | ATLANTA GA   30348 |
| 0210364 | ORTIZ | GILBERT STEPHEN | 2.13 | |
| | ORTIZ | DEBORAH R | | |
| | 525 VASSAR CT | | | |
| | KENNER LA | 70065 | | |
| 0210618 | CROCHET | SEAN ELLIOT | 5.44 | |
| | CROCHET | CRYSTAL MARIE | | |
| | 4293 BAYOU BLACK DR | | | |
| | HOUMA LA | 70360 | | |
| 0211373 | MARIGNY | RUBY PIPKINS | 267.00 | |
| | 4721 FLAKE AVE | | | |
| | NEW ORLEANS LA | 70127 | | |
| 0212041 | BOTELER | YVETTE | 1.43 | |
| | 622 3rd ST | | | |
| | GRETNA LA | 70053 | | |
| 0212089 | VEAL | ANTHONY WILLIAMS | 9.29 | |
| | VEAL | TANYA MARIE | | |
| | 908 E KRUEGER LN | | | |
| | WESTWEGO LA | 70094 | | |
| 0212615 | ROWLAND | SERELLA A | 854.10 | VIDEO INSPECTION SERV |
| | 5845 LACOMBE AVE | | | PO BOX 1402 |
| | MARRERO LA | 70072 | | KENNER LA   70063 |
| 0215136 | BATES | LUCILLE | 19.26 | |
| | 1231 W 84th ST | | | |
| | LOS ANGELES CA | 90044 | | |
| 0315470 | LEWIS | ERNEST | 18.66 | |
| | LEWIS | GENERIEVE | | |
| | 318 WILLOWDALE | | | |
| | GRAY LA | 70359 | | |

1,452.91