CHAPTER 13 TRUSTEE                                                921622

UNITED STATES BANKRUPTCY COURT          Oct 25, 2005            $9,149.69
EASTERN DISTRICT OF LOUISIANA
707 FLORIDA ST, ROOM 105
BATON ROUGE, LA 70801

Payments found to be undeliverable, detailed on
the attached listing, for deposit into the Registry
of the Court.

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 219232    - KW
* * C O P Y * *        'EE
November 08, 2005      E 307
     13:12:30

                                        FIRST AMERICAN BANK & TRUST               921622
                                        METAIRIE, LA 70005
                                        84-242/654

**TREASURY REGFUND**                            DATE             AMOUNT
Debtor.: 25 VARIOUS CHAPTER 13S
Amount.:        $9,149.69 CH            October 25, 2005    ***********$9,149.69
Check#.: 1622

                                Forty-Nine and 69/100 Dollars

                                JPTCY COURT
Total->   $9,149.69             OUISIANA
                                105
                                )1                      /s/ Beaulieu Jr.
                                                        AUTHORIZED SIGNATURE

FROM: BEAULIEU              ⑉:065402423⑉:  690  272  3⑉

                                                        of this
                                                        # 2161 52 to
                                                        Case 02-12615
                                                        Rowland or
to c/A 11/8/05                                          11/8/05
    lv                                                  lv

| Date: Tue Oct 25, 2005 | | REGISTRY CHECK #921622 | | Page: 1 |
| --- | --- | --- | --- | --- |
| Time: 9:03 AM | | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
| --- | --- | --- | --- | --- |
| 0012905 | BOYKINS | WAYNE | 5.96 | |
| | PO BOX 1453 | | | |
| | HOUMA LA | 70361 | | |
| 0014565 | OBGARTEL | HANS R | 5.80 | |
| | 3602 BAKER DR | | | |
| | HOUMA LA | 70363 | | |
| 0014603 | MARTIN | KEITH | 5.52 | |
| | 2308 BARRACKS ST | | | |
| | NEW ORLEANS LA | 70119 | | |
| 0016138 | MANSFIELD | WALTER JOHN | 213.05 | |
| | MANSFIELD | BONNIE L | | |
| | 1215 LAPALCO | | | |
| | WESTWEGO LA | 70084 | | |
| 0016963 | MCGEE SR | KENNETH RAY | 7.40 | |
| | 819 SEVENTH ST | | | |
| | NEW ORLEANS LA | 70115 | | |
| 0017596 | SMITH | MELBA M | 6.03 | |
| | 4568 CAMELOT DR | | | |
| | NEW ORLEANS LA | 70127 | | |
| 0112804 | STEWART | LOIS EVELYN | 2.68 | |
| | 32682 HWY 43 | | | |
| | INDEPENDENCE LA | 70443 | | |
| 0118948 | RICHARDSON | LARRY MICHEAL | 9.86 | FOLEYS |
| | RICHARDSON | LINDA FAYE | | |
| | 10300 RICHARDSON RD | | | PO BOX 1971 |
| | INDEPENDENCE LA | 70443 | | HOUSTON TX 77251 |
| 0119951 | HECK | ROBERT M | 54.67 | |
| | 2128 KANSAS AVE | | | |
| | KENNER LA | 70062 | | |
| 0210168 | LEWIS | SEAN | 16.62 | |
| | 12345 I-10 SERVICE RD | | | |
| | NEW ORLEANS LA | 70128 | | |
| 0211373 | MARIGNY | RUBY PIPKINS | 534.00 | |
| | 4721 FLAKE AVE | | | |
| | NEW ORLEANS LA | 70127 | | |
| 0212062 | METZ | CANDACE C | 96.19 | WOMEN'S HEALTH ASSOC |
| | 70105 10TH ST | | | 4430 HWY 22 |
| | COVINGTON LA | 70433 | | MANDEVILLE LA 70471 |
| 0212397 | RAFII | SAMIR | 5,637.32 | BANK ONE |
| | RAFII | MILDRED E | | |
| | PO BOX 641913 | | | PO BOX 961081 |
| | KENNER LA | 70064 | | FT WORTH TX 76161 |
| 0212615 | ROWLAND | SERELLA A | 2,161.52 | VIDEO INSPECTION SERV |
| | 5845 LACOMBE AVE | | | PO BOX 1402 |
| | MARRERO LA | 70072 | | KENNER LA 70063 |
| | | | 8,756.62 | |